86 F.3d 1154
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
David M. WILLIAMS, Plaintiff--Appellant,
v.
Clayton C. CARTER, individually and as Associate Judge for
the Circuit Court of Queen Anne's County and the Second
Judicial Circuit for the State of Maryland; George B.
Rasin, Jr., individually and as Associate Judge for Kent
County and Chief Judge of the Second Judicial Circuit for
the State of Maryland, Defendants-Appellees,
and
John C. North, II, individually and as associate Judge for
the Circuit Court for Talbot County, and the Second Judicial
Circuit For The State of Maryland; Talbot County, Maryland,
a/k/a The County Council of Talbot County, a municipal body
corporate and politic; James Wise, individually and as
Associate Judge for the Circuit Court for Caroline County
and the Second Judicial Circuit for the State of Maryland;
Caroline County, Maryland, a/k/a The Board of County
Commissioners for Carolina County, a municipal body
corporate and politic; Donaldson C. Cole, Jr., individually
and as associate Judge for the Circuit Court for Cecil
County and the Second Judicial Circuit for the State of
Maryland; Cecil County, Maryland, a/k/a Board of County
Commissioners of Cecil County, Maryland, a municipal body
corporate and politic; Queen Anne's County, a/k/a The Board
of County Commissioners for Queen Anne's County, Maryland, a
municipal body corporate and politic; Jennifer Bodine;
Philip C. Foster; Waller S. Hairston; Gail Handly; Jeri
Baker; Joan B. Turner; Chesapeake Publishing Corporation,
a Delaware corporation, Defendants.
 No. 96-1193.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 16, 1996.
Decided June 3, 1996.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-85-3088-K).
 David M. Williams, Appellant Pro Se. Alvin Ira Frederick, ECCLESTON & WOLF, Baltimore, Maryland, for Appellees.
 D.Md.
 AFFIRMED.
 Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders directing a response to and granting defendants' motion for attorneys fees and costs. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Carter, No. CA-85-3088-K (D. Md. Oct. 30, 1995 & Dec. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.